**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Karen Dewitt

                Plaintiff,

v.                                          Case No.: 1:18−cv−04506

                                              Honorable Sharon Johnson Coleman

AL−Amin Brothers Transportation, L.L.C

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: In light of the parties having settled, the case is dismissed without prejudice for 60 days. If no motion to reinstate is filed by 7/30/2019, the dismissal shall automatically convert to one with prejudice with no further action by the court. Status hearing set for 6/3/2019 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.